# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## NO: 3:05CR281

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| ELTON RODRIGUEZ, ) | |
| Defendant. ) | |
| ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion to Bar the Imposition of the Death Penalty" (Document No. 37), filed November 10, 2005 by Elton Rodriguez. On December 1, 2005, Keith Cave, an Assistant United States Attorney, informed the undersigned's staff that the United States of America does not intend to seek the death penalty in this matter. Accordingly, this Court will deny the Motion as moot.

**IT IS, THEREFORE, ORDERED** that the "Motion to Bar the Imposition of the Death Penalty" (Document No. 37) is **DENIED AS MOOT**.

**Signed: December 1, 2005**

_____
David C. Keesler
United States Magistrate Judge