IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR281

| | | |
|---|---|---|
| UNTIED STATES OF AMERICA, | ) | |
| v. | ) | **ORDER** |
| **ELTON RODRIGUEZ (3)** | ) | |

THIS MATTER is before the Court on its own motion. IT IS ORDERED that the trial of defendant **Elton Rodriguez** is set for the **June 5, 2006 term in Charlotte at 10:00 a.m. in Courtroom #3.**

The Clerk is directed to certify copies of this order to Defendant, counsel for Defendant, to the United States Attorney, the United States Marshals Service, and the U.S. Probation Office.

IT IS SO ORDERED.

Signed: March 10, 2006

Graham C. Mullen
United States District Judge