IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05CR281-MU

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | ORDER |
| | ) | |
| ELTON RODRIGUEZ | ) | |
| _____ | ) | |

      This matter is before the court upon the government's Motion to Dismiss this case. A status conference was held in this matter on June 5, 2006. Based upon the representations of the government at the status conference,

      IT IS THEREFORE ORDERED that the government's Motion to Dismiss is hereby GRANTED WITH PREJUDICE.

Signed: June 5, 2006

Graham C. Mullen
United States District Judge