UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:05 CR 281

FILED
CHARLOTTE, NC

JUN - 6 2007

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| ELTON RODRIGUEZ ) | |

This cause coming on to be heard and being heard before the undersigned upon Motion of the Defendant for authorization to pay travel expenses associated with this case.

Good cause has been shown for the excusable neglect in obtaining advance authorization for the payment of this travel expense.

Now, Therefore, it is ordered adjudged and decreed that the travel expense submitted by Defense counsel is hereby approved.

Nunc Pro Tunc date  9/7/05  .

Graham C. Mullen
United States District Court Judge